UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1419 ADM/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAYMOND VILLEBRUN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court for an additional period of time up to and including November 22, 2000, for defendant to move, answer, or otherwise respond to plaintiff's Complaint.

IT IS ORDERED that defendant is granted an additional 60 days for to respond to plaintiff's Complaint.

Dated: 9/26/00

Raymond L. Erickson
United States Magistrate-Judge

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____